Louis HAMBURGER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Samuel HAMBURGER, Petitioner, v. SAME.

No. 9861.

Circuit Court of Appeals, Sixth Circuit.

March 12, 1945.

Edward S. Reid, Jr., and Harold M. Shapero, both of Detroit, Mich., for petitioners.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Helen R. Carloss, Muriel S. Paul, and John W. Smith, all of Washington, D. C., for respondent.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

These consolidated causes were heard upon the record, briefs and arguments of counsel, and it appearing that there was substantial evidence to support the findings of the Tax Court, it is therefore ordered and adjudged that the decisions of that court entered on February 14, 1944, be and the same are upon the grounds and for the reasons set forth in the opinion of the court promulgated on December 24, 1943.